Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Emanuel, Charles D.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Charles D. Emanuel Co.; fdba Iron Industries, Inc.;<br>fdba Action Equipment Rentals; fdba M&E Rentals** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-4053; 20-1708190; 14-1951709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**220 W. Terrace Dr.<br>Hanford, CA 93230**<br>ZIP CODE **93230-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

Tax-Exempt Entity
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts.

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>----<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**2011-11468**
FILED
**February 08, 2011**
5:47 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003268402

B1 (Official Form 1) (4/10)                                                                                                                     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Charles D. Emanuel** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

  ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                      **Page 3**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Charles D. Emanuel** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor **Charles D. Emanuel**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br>*2-8-2011*<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>**Riley C. Walter 91839**<br>Printed Name of Attorney for Debtor(s)<br>**Walter & Wilhelm Law Group**<br>Firm Name<br>**205 E. River Park Circle, Ste. 410**<br>**Fresno, CA 93720-1563**<br>Address<br>**Email:rileywalter@W2LG.com**<br>**(559) 435-9800 Fax:(559) 435-9868**<br>Telephone Number<br>*2/8/11*<br>Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re    **Charles D. Emanuel**                                    Case No. _____

_____,
                        Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Action Equipment Rentals**<br>**Eastern District of California** | **10-61196-A-11**<br>**Affiliated Business** | **09/28/10**<br>**Whitney Rimel** |
| **Iron Industries, Inc.**<br>**Eastern District of California** | **10-61192-A-11**<br>**Affiliated Business** | **09/28/10**<br>**Whitney Rimel** |
| **Robert Moffitt**<br>**Eastern District of California** | **Unknown at Petition**<br>**Business Affiliate** | **02/08/11**<br>**Whitney Rimel** |
| **Ronald Silveira**<br>**Eastern District of California** | **Unknown at Petition**<br>**Business Affiliate** | **02/08/11**<br>**Whitney Rimel** |
| **Scott McCoy**<br>**Eastern Distruct of California** | **Unknown at Petition**<br>**Business Affiliate** | **02/08/11**<br>**Whitney Rimel** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re   **Charles D. Emanuel**

Case No.

Debtor(s)

Chapter   **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com   Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

                                 Charles D. Emanuel

Date: ___2-8-2011_____

Certificate Number: 00555-CAE-CC-013722975



00555-CAE-CC-013722975

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 29, 2011</u>, at <u>4:22</u> o'clock <u>PM EST</u>, <u>Charles Emanuel</u> received from <u>Advisory Credit Management, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>January 29, 2011</u>          By:    <u>/s/Esteban Ortiz</u>

Name:  <u>Esteban Ortiz</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    **Charles D. Emanuel**                                ,      Case No. _____

                          Debtor

                                                           Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 192,500.00 | | |
| B - Personal Property | Yes | 3 | 69,684.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,118,137.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | 8,061,060.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 11,497.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 12,140.00 |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| Total Assets | | | 262,184.00 | | |
| Total Liabilities | | | | 10,179,197.59 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    **Charles D. Emanuel**                                          ,        Case No. _____

                                    Debtor

                                                                            Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Charles D. Emanuel**                                                              Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| **Residence**<br>**220 West Terrace Drive**<br>**Hanford, CA** | **fee** | - | **192,500.00** |
| **10 South Brown Street**<br>**Hanford, CA** | **50% undivided interest in office/shop** | - | **Unknown** |

**Property value is $550,000 to $600,000.  Secured debt is $599,000.**

| | | |
|---|---|---|
| Sub-Total > | **192,500.00** | (Total of this page) |
| Total > | **192,500.00** | |

____**0**____  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Charles D. Emanuel**                                      Case No. _____
_____,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | 2,500.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Bank of the Sierra**<br><br>**Checking Account - FAST (W)** | -<br><br>- | 24.00<br><br>60.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods & Furnishings** | - | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Firearms** | - | 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        5,684.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                          Case No. _____
                                                                   ,
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Iron Industries, Inc. (50%) - No Cash Value** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Action Equipment Rentals (25%) - No Cash Value** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                           Sub-Total >              0.00
                                                       (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Contractor's License - No Value** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Harley Road King** | - | 10,000.00 |
| | | **2005 Challenger Camp Trailer** | - | 10,000.00 |
| | | **2006 GMC Sierra** | - | 19,000.00 |
| | | **2007 Yukon Denali** | - | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 64,000.00 |
| Total > | 69,684.00 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (04/10)

In re __Charles D. Emanuel_____     Case No. _____
                                   Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450.*
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking - Bank of the Sierra** | C.C.P. § 703.140(b)(5) | 24.00 | 24.00 |
| **Checking Account - FAST (W)** | C.C.P. § 703.140(b)(5) | 60.00 | 60.00 |
| **Household Goods and Furnishings** | | | |
| **Household Goods & Furnishings** | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** | | | |
| **Clothing** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Firearms** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Stock and Interests in Businesses** | | | |
| **Iron Industries, Inc. (50%) - No Cash Value** | C.C.P. § 703.140(b)(5) | 1.00 | 0.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| **Action Equipment Rentals (25%) - No Cash Value** | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Contractor's License - No Value** | C.C.P. § 703.140(b)(5) | 1.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Harley Road King** | C.C.P. § 703.140(b)(5) | 10,000.00 | 10,000.00 |
| **2006 GMC Sierra** | C.C.P. § 703.140(b)(2) | 3,525.00 | 19,000.00 |
| **2007 Yukon Denali** | C.C.P. § 703.140(b)(5) | 1.00 | 25,000.00 |

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*
Schedule of Property Claimed as Exempt consists of 2 total page(s)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6C (Official Form 6C) (04/10) -- Cont

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | Total: | 19,212.00 | 59,684.00 |

## ANY AND ALL OTHER ASSETS UP TO $10,563
## UNDER 11 U.S.C. SECTIONS 703.140(b)(1) and 703.140(b)(5)

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Charles D. Emanuel**                                    Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2nd DOT | | | | |
| **Bank of America Home Loans** PO Box 515503 Los Angeles, CA 90051-6803 | | | **Residence** 220 West Terrace Drive Hanford, CA | | | | 24,590.00 |
| Account No. | | | **Financing of Building Permits** | | | | |
| **City of Hanford** 315 N. Douty Hanford, CA 93230 | | | **10 South Brown Street** Hanford, CA  Property value is $550,000 to $600,000. Secured debt is $599,000. | | | | |
| | | | Value $        **Unknown** | | | | 22,000.00 |
| Account No. | | | **Security Interest** | | | | |
| **GE Money Bank** PO Box 960065 Orlando, FL 32896-0065 | | | **2005 Challenger Camp Trailer** | | | | 28,000.00 |
| Account No. | | | **Security Interest** | | | | |
| **GMAC/ALLY** PO Box 78234 Phoenix, AZ 85062-8234 | | | **2006 GMC Sierra** | | | | |
| | | | Value $        **19,000.00** | | | | 16,600.00 |

| | | |
|---|---|---|
| **1** continuation sheets attached | Subtotal (Total of this page) | **91,190.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Charles D. Emanuel**
_____,    Case No. _____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | Security Interest | | | | | |
| **GMAC/ALLY** PO Box 78234 Phoenix, AZ 85062-8234 | | - | | 2007 Yukon Denali | | | | 31,450.00 | |
| **Account No.** | | | | 1st DOT | | | | | |
| **Indy Mac Mortgage Services** PO Box 78826 Benson, AZ 85602-8826 | | - | | Residence 220 West Terrace Drive Hanford, CA | | | | | |
| | | | | Value $            192,500.00 | | | | 223,590.00 | |
| **Account No.** | | | | 2nd DOT | | | | | |
| **Kings County Economic Development Corp.** 120 North Irwin Street Hanford, CA 93230 | | - | | 10 South Brown Street Hanford, CA Property value is $550,000 to $600,000. Secured debt is $599,000. | | | | | |
| | | | | Value $            Unknown | | | | 92,002.00 | |
| **Account No. 1887-001** | | | | Business Debt - Right to Attach Order Granted  11/8/10 for $997,186/defendant | | | | | |
| **People's Capital & Leasing Corporation** 255 Bank St 4th Floor Waterbury, CT 06702-2213 | | | | | X | X | X | 1,194,905.00 | |
| **Account No.** | | | | 10 South Brown Street Hanford, CA | | | | | |
| **WestAmerica Bank** 890 W. Lacey Hanford, CA 93230 | | - | | Property value is $550,000 to $600,000. Secured debt is $599,000. | | | | | |
| | | | | Value $            Unknown | | | | 485,000.00 | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,026,947.00 | |
| Total (Report on Summary of Schedules) | 2,118,137.00 | |

B6E (Official Form 6E) (4/10)

In re __Charles D. Emanuel__ _____,    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__2___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Charles D. Emanuel**                                    , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| **Account No.** | | | | | | | | | | |
| **California Attorney General** P.O. Box 944255 Sacramento, CA 94255 | - | | | | | | | | | |
| | | | | | | | | | **0.00** | |
| **Account No.** | | | | | | | | | | |
| **California State Board of Equalization** P.O. Box 942879 MIC: 29 Sacramento, CA 94279-0001 | - | | | | | | | | | |
| | | | | | | | | | **0.00** | |
| **Account No.** | | | | | | | | | | |
| **Employment Development Department** **Bankruptcy/Special Procedures Group** P.O. Box 826880 MIC 92E Sacramento, CA 94280-0001 | - | | | | | | | | | |
| | | | | | | | | | **0.00** | |
| **Account No.** | | | | | | | | | | |
| **Franchise Tax Board** **Bankruptcy Unit - G11** P.O. Box 2952 Sacramento, CA 95812-2952 | - | | | | | | | | | |
| | | | | | | | | | **0.00** | |
| **Account No.** | | | | | | | | | | |
| **Fresno County Tax Collector** P.O. Box 1247 Fresno, CA 93715 | - | | | | | | | | | |
| | | | | | | | | | **0.00** | |

Sheet  __1__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

B6E (Official Form 6E) (4/10) - Cont.

In re    **Charles D. Emanuel**                                                                                  ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | - | | | | | | **0.00** | |
| Account No. | | | | | | | | |
| **United States Attorney (IRS Division) 2500 Tulare Street, Suite 4401 Fresno, CA 93721** | - | | | | | | **0.00** | |
| Account No. | | | | | | | | |
| **United States Department of Justice Civil Trial Section, Western Region Box 683, Ben Franklin Station Washington, DC 20044** | - | | | | | | **0.00** | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Total
(Report on Summary of Schedules)    **0.00**

B6F (Official Form 6F) (12/07)

In re  **Charles D. Emanuel**                                          Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** | | | | |
| **AAA Radiators & Mufflers**<br>**608 E. 7th St.**<br>**Hanford, CA 93230** | | | | | | | **705.00** |
| Account No. | | | **Business Debt** | | | | |
| **ACME Rotary Broom Service**<br>**3811 N. Golden State Blvd.**<br>**Fresno, CA 93722** | | | | | | | **1,036.42** |
| Account No. | | | | | | | |
| **Action Equipment Rentals**<br>**PO Box 1324**<br>**Hanford, CA 93232** | - | | | | | | **0.00** |
| Account No. | | | **Business Debt** | | | | |
| **Action Equipment Rentals**<br>**10 South Brown Street**<br>**Hanford, CA 93230-0001** | | | | | | | **96,532.49** |
| **45** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **98,273.91** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles D. Emanuel**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| AGC of California 3095 Beacon Blvd. West Sacramento, CA 95691 | | | | | | | | 546.25 |
| Account No. | | | | Business Debt | | | | |
| Ahern Rentals 4241 S Arville St. Las Vegas, NV 89103-3713 | | | | | | | | 7,492.17 |
| Account No. | | | | Business Debt | | | | |
| Airgas NCN PO Box 7423 Pasadena, CA 91109-7423 | | | | | | | | 61.14 |
| Account No. | | | | Business Debt | | | | |
| Airgas West P.O. Box 6030 Lakewood, CA 90714-6030 | | | | | | | | 61.14 |
| Account No. | | | | Business Debt | | | | |
| Allied Storage Containers Inc. P.O. Box 519 Colton, CA 92324 | | | | | | | | 2,497.26 |
| Sheet no. _1_ of _45_ sheets attached to Schedule of Creditors Holding Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 10,657.96 |

B6F (Official Form 6F) (12/07) - Cont.

In re      **Charles D. Emanuel**                                                           Case No. _____
                          _____,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| American Bank Leasing 555 Sun Valley Dr. Bldg. E5 Rosewell, GA 30076 | | | | | | | | 159,605.00 |
| Account No. | | | | | | | | |
| American Contractors Indemnity Company 601 S. Figueroa Ste. 1600 Los Angeles, CA 90045 | | - | | | | | | 0.00 |
| Account No. | | | | Attorneys for Banc of America Leasing & Capital | | | | |
| Andrew K. Alper, Esq. Frandzel, Robins, Bloom, et al. 6500 Wilshire Blvd., 17th Floor Los Angeles, CA 90048-4920 | | | | | | | | 0.00 |
| Account No. | | | | For Notice Purposes | | | | |
| Anthony R. Silveira 1685 E. Brook Ave. Tulare, CA 93274 | | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Applied Underwriters PO Box 3646 Omaha, NE 68103-0646 | | | | | X | X | X | 23,354.00 |

| | | |
|---|---|---|
| Sheet no. __2__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 182,959.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arnett Trucking Company**<br>**PO Box 114**<br>**Ontario, Ca 91762-0114** | | | **Business Debt** | | | | 3,422.91 |
| Account No.<br><br>**AT&T Advertising & Publishing**<br>**PO Box 989046**<br>**West Sacramento, Ca 95798-9046** | | | **Business Debt** | | | | 2,322.28 |
| Account No.<br><br>**B & M Auto & Truck Parts**<br>**37405 Ave 12 Ste 801**<br>**Madera, CA 93638** | | | **Business Debt** | | | | 1,903.86 |
| Account No.<br><br>**B L Equipment Rentals & Supplies**<br>**2725 W. Cherry Ct.**<br>**Visalia, CA 93277** | | | **Business Debt** | | | | 600.00 |
| Account No. **139887-000**<br><br>**Balboa Capital**<br>**PO Box 514870**<br>**Los Angeles, CA 90051-4870** | | | **Business Debt** | | | | 26,968.76 |

Sheet no. __3__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                35,217.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                    Case No. _____
                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Banc of America**<br>**c/o Andrew K. Alpher Esq.**<br>**Frandzel Robons Bloom & Csato LC**<br>**6500 Wilshire Blvd, 7th Floor**<br>**Los Angeles, CA 90048-4920** | | | Business Debt - Kings County Case 10C0138 and 40 | X | X | X | **Unknown** |
| Account No.<br><br>**Banc of America - formerly Gehl**<br>**Finance**<br>**PO Box 371992**<br>**Pittsburgh, PA 15250-7992** | | | Business Debt | X | X | X | **1,941,638.00** |
| Account No.<br><br>**Banc of America Leasing**<br>**Mailcode: IL1-231-08-49**<br>**231 S. LaSalle Street, 8th Floor**<br>**Attn: Raymond E. Ratliff**<br>**Chicago, IL 60604** | | | Business Debt | X | X | X | **40,798.86** |
| Account No.<br><br>**Bank of America**<br>**PO Box 301200**<br>**Los Angeles, CA 90030-1200** | - | | Credit Card | | | | **9,226.82** |
| Account No.<br><br>**Bank of the West, Trinity Division**<br>**475 Sansome St. 19th Fl**<br>**San Francisco, CA 94111** | | | Business Debt | | | | **Unknown** |

Sheet no.  **4**   of  **45**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,991,663.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                              Case No. _____
                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Barnes Distribution Dept <br> CH 14079 <br> Palatine, IL 60055-4079 | | | | Business Debt | | | | 3,713.20 |
| Account No. 275186EFA17867 <br><br> BB&T Leasing Corporation <br> P.O. Box 580155 <br> Charlotte, NC 28258-0155 | | | | Business Debt | | | | 37,453.53 |
| Account No. <br><br> Bean Hunt & Co CPA <br> 7110 No. Fresno St #460 <br> Fresno, CA 93720 | | | | Business Debt | | | | 412.50 |
| Account No. <br><br> Betts Truck Parts & Service <br> File 50413 <br> Los Angeles, Ca 90074-0413 | | | | Business Debt | | | | 403.08 |
| Account No. <br><br> Blackstone Tire <br> 4764 N. Blackstone <br> Fresno, Ca 93726 | | | | Business Debt | | | | 814.62 |

Sheet no. __5__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    42,796.93

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          WW-026          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles D. Emanuel**                                                          Case No. _____

                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **180**<br><br>**BMK Automotive, Inc**<br>**NAPA Auto & Trusck Parts**<br>**300 W Herndon**<br>**Porterville, CA 93257** | | | Business Debt | | | | 400.90 |
| Account No.<br><br>**Brooks Ransom Assoc.**<br>**7415 N. Palm Ave #100**<br>**Fresno, CA 93711** | | | Business Debt | | | | 510.00 |
| Account No. **4120014**<br><br>**C.P. Phelps**<br>**1010 S. Blackstone**<br>**P.O. Box 2100**<br>**Tulare, CA 93275** | | | Business Debt | | | | 1,890.84 |
| Account No.<br><br>**Cal Valley Printing**<br>**500 South D Street**<br>**Madera, CA 93638** | | | Business Debt | | | | 97.88 |
| Account No.<br><br>**California Air Resources Board**<br>**1001 "I" Street**<br>**PO Box 2815**<br>**Sacramento, CA 95812** | | | For Notice Purposes | | | | 0.00 |

Sheet no.  **6**  of  **45**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              2,899.62

B6F (Official Form 6F) (12/07) - Cont.

In re     **Charles D. Emanuel**                                                        Case No. _____
                                                              ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**California Field Iron Workers Trust**<br>**131 N. El Molino Ave #330**<br>**Pasadena, CA 91101-1878** | | | | **Business Debt** | X | X | X | **10,500.00** |
| Account No.<br><br>**California High Reach, Inc**<br>**PO Box 578519**<br>**Modesto, CA 95357-8519** | | | | **Business Debt** | | | | **6,273.77** |
| Account No.<br><br>**California Ironworkers Field Pension**<br>**c/o Erin e. Davis, Esq**<br>**Melissa W. Cook & Associates**<br>**3444 Camino del Rio North, Ste 106**<br>**San Diego, CA 92108** | | | | **Business Debt** | X | X | X | **Unknown** |
| Account No.<br><br>**California Turf Equipment & Supply Inc.**<br>**956 North "J" St**<br>**Tulare, Ca 93274** | | | | **Business Debt** | | | | **520.78** |
| Account No.<br><br>**Carboline Company**<br>**2150 Schuetz Rd St.**<br>**St. Louis, MO 63146** | | | | **Business Debt** | | | | **301.81** |

Sheet no. __7__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,596.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                      Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Carroll's Tire Warehouse 981 W. North Grand Porterville, CA 93257 | | | | | | | | | 163.45 |
| Account No. | | | | | Business Debt | | | | |
| Caterpillar Financial Services PO Box 56347 Jacksonville, FL 32241-6347 | | | | | | | | | **Unknown** |
| Account No. | | | | | Business Debt | | | | |
| Cemex File 57222 Los Angeles, Ca 90074-7222 | | | | | | | | | 9,247.00 |
| Account No. | | | | | Business Debt | | | | |
| Central Valley Culligan 2479 S Orange Ave. Fresno, CA 93725-1332 | | | | | | | | | 176.93 |
| Account No. | | | | | For Notice Purposes | | | | |
| Charles D. Emanuel Co. 220 W. Terrace Dr. □□ Hanford, CA 93230 | - | | | | | | | | 0.00 |

Sheet no. __8__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,587.38

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          WW-029          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles D. Emanuel**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> CIR <br> P.O. Box 2456 <br> Fresno, CA 93745-2456 | | | Business Debt | | | | 991.22 |
| Account No. <br><br> Classic Pest Control <br> 1933 W. Caldwell Suite 8 <br> Visalia, CA 93277 | | | Business Debt | | | | 60.00 |
| Account No. <br><br> Clemco Industries Corp. <br> PO Box 503465 <br> St. Louis, MO 63150 | | | Business Debt | | | | 167.60 |
| Account No. 61370001 <br><br> CNH Capital <br> PO BOX 894703 <br> Los Angeles, CA 90189-4703 | | | Business Debt | | | | 57,333.61 |
| Account No. 90451881 <br><br> CNH CAPITAL (CC) <br> Dept CH 10460 <br> Palatine, IL 60055-0460 | | | Business Debt | | | | 41,992.56 |

Sheet no. __9__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　100,544.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles D. Emanuel**                                                                    Case No. _____

                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Colonial Pacific Leasing Corp c/o Glass & Goldberg 21700 Oxnard St, Ste 480 Woodland Hills, CA 91367-3665 | | | | X | X | X | Unknown |
| Account No. | | - | | | | | |
| Comcast Cable 2441 N. Grove Industrial Drive Fresno, CA 93727 | | | | | | | 0.00 |
| Account No. | | - | Business Debt | | | | |
| Connie Davis 5965 East Shields # 135 Fresno, CA 93727 | | | | | | | 0.00 |
| Account No. | | - | For Notice Purposes | | | | |
| Contractors State License Board 9821 Business Park Drive Sacramento, CA 95827 | | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Croan Enterprises PO Box 989 Visalia, CA 93279-0989 | | | | | | | 4,290.44 |

Sheet no. __10__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,290.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                        Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Croft Trailer Supply Inc.<br>P.O. Box 300320<br>Kansas City, MO 64130-0320 | | | | | | | 1,036.20 |
| Account No. | | | Business Debt | | | | |
| Cummins West Inc<br>14775 Wicks Blvd<br>San Leandro, CA 94577 | | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| Cutlt<br>1950 Channel Dr<br>West Sacramento, Ca 95691 | | | | | | | 250.00 |
| Account No. | | - | For Notice Purposes | | | | |
| Cyndy Hodges, CPA<br>Hodges & Co.<br>1320 W. Herndon Ave., Ste. 102<br>Fresno, CA 93711 | | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | | | | | | | 144,862.00 |

Sheet no. __11__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                146,148.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles D. Emanuel**                                      Case No. _____

_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | | | |
| Dan Freitas Electric 983 East Levin Avenue #2 Tulare, CA 93274-6525 | | | | | | | | | 41.52 |
| Account No. | | | Business Debt | | | | | | |
| Dassel's Petroleum Inc. 31 Wright Road Hollister, CA 95023-9319 | | | | | | | | | 141.60 |
| Account No. | | | Attorneys for Mohammad Karamzadeh | | | | | | |
| David M. Gilmore, Esq. Gilmore Wood Vinnard & Magness PO Box 28907 Fresno, CA 93729-8907 | - | | | | | | | | 0.00 |
| Account No. | | | Attorneys for WESTAMERICA Bank | | | | | | |
| David M. Wiseblood, Esq. Law Offices of David M. Wiseblood 101 Montgomery Street, 27th Floor San Francisco, CA 94104 | - | | | | | | | | 0.00 |
| Account No. 6389238 | | | Business Debt | | | | | | |
| De Lage Landen P.O. Box 41602 Philadelphia, PA 19101-1602 | | | | | | | | | 16,137.35 |

Sheet no. __12__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,320.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                           Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Dell Business Credit Payment Processing** **PO Box 5275** **Carol Stream, IL 60197-5275** | | | | | | | | 432.66 |
| Account No. | | | | Business Debt | | | | |
| **Delray Tire** **2544 So. Cherry** **Fresno, CA 93706** | | | | | | | | 307.57 |
| Account No. | | | | Business Debt | | | | |
| **Direct Edge Inc.** **1480 Arrow Highway** **La Verne, CA 91750** | | | | | | | | 2,650.00 |
| Account No. | | | | Business Debt | | | | |
| **Directory Publishing Solutions Inc.** **14222 Ladue Rd** **Chesterfield, MO 63017** | | | | | | | | 456.85 |
| Account No. | | | | Business Debt | | | | |
| **DITEQ Corportion** **1250 NW Main St** **Lee's Summit, MO 64086** | | | | | | | | 73.55 |

Sheet no. __13__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,920.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                    Case No. _____

                                          _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diversified Financial Services LLC.**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** | | | | **Business Debt** | | | | **158,600.00** |
| Account No.<br><br>**Douglas Holloway, Esq.**<br>**201 Bennington Street**<br>**San Francisco, CA 94110** | | - | | **Attorney for Bank of the West** | | | | **0.00** |
| Account No.<br><br>**East Bay Tire Co.**<br>**2200 Huntington Dr. Unit C**<br>**Fairfield, CA 94533** | | | | **Business Debt** | | | | **2,747.98** |
| Account No.<br><br>**ECOA Industrial Products**<br>**7700 NW 74th Avenue**<br>**Medley, FL 33166** | | | | **Business Debt** | | | | **6,934.00** |
| Account No.<br><br>**Electric EEL**<br>**PO Box 419**<br>**Springfield, OH 45501-0419** | | | | **Business Debt** | | | | **1,882.10** |

Sheet no. __14__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **170,164.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles D. Emanuel**                                                          Case No. _____
                                                    ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Ely Auto Parts Inc. 215 E.Inyo Tulare, Ca 93274 | | | | | | | | 3,753.74 |
| Account No. | | | | Business Debt | | | | |
| Equipment Parts Wholesale 4780 E. Jensen Ave Fresno, CA 93725 | | | | | | | | 784.72 |
| Account No. | | | | Attorneys for Gehl Company | | | | |
| Eric R. von Helms Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, WI 53212 | | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Essex Silver Line 600 S 74th Building A, Suite 101 Ridgefield, WA 98642 | | | | | | | | 621.46 |
| Account No. | | | | Business Debt | | | | |
| Evan's Rebuilt Parts 4321 S Chestnut Fresno, CA 93725 | | | | | | | | 446.36 |

Sheet no. __15__ of __45__ sheets attached to Schedule of
Creditors Holding Nonpriority Claims

Subtotal
(Total of this page)                    5,606.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Faria Trailers Inc. 1073 E Rankin Tulare, CA 93274 | | | | | | | | 1,718.54 |
| Account No. | | | | Business Debt | | | | |
| Fastenal Company PO Box 978 Winona, MN 55987 | | | | | | | | 250.00 |
| Account No. | | | | Business Debt | | | | |
| FCC Financing Inc. P.O. Box 905010 Charlotte, NC 28290-5010 | | | | | | | | 601,150.00 |
| Account No. | | | | Business Debt | | | | |
| Felling Trailers 1525 Main Street Sauk Centre, MN 56378 | | | | | | | | 194.95 |
| Account No. 001-0547598-001 | | | | Business Debt | | | | |
| Financial Pacific Leasing, Inc. 3455 S. 344th Way #300 Federal Way, WA 98001-9546 | | | | | | | | 23,776.50 |

Sheet no. __16__ of __45__ sheets attached to Schedule of Creditors Holding Nonpriority Claims

Subtotal
(Total of this page)

627,089.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                Case No. _____

_____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **Business Debt** | | | | |
| **Ford Motor Credit**<br>**PO Box 6275**<br>**Dearborn, MI 48121** | | | | | | | | | **195,747.00** |
| Account No. | | | | | **Business Debt - Corporate Payroll Taxes** | | | | |
| **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | | | | | | | | **7,234.00** |
| Account No. | | | | | **Business Debt** | | | | |
| **Frazee Paint & Wallcovering**<br>**Dept # 2510**<br>**Los Angeles, CA 90084-2510** | | | | | | | | | **1,379.50** |
| Account No. | | | | | **For Notice Purposes** | | | | |
| **Fresno County Water Management Group**<br>**Department of Public Works & Planning**<br>**County of Fresno**<br>**2220 Tulare Street, Sixth Floor**<br>**Fresno, CA 93721** | | - | | | | | | | **0.00** |
| Account No. | | | | | **Business Debt** | | | | |
| **Fresno Oxygen**<br>**PO Box 1666**<br>**Fresno, CA 93717-1666** | | | | | | | | | **300.00** |

Sheet no. __17__ of __45__ sheets attached to Schedule of                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)          **204,660.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                              , Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Fresno Truck Wash 4170 S Bagley ave Fresno, CA 93725 | | | | | | | | 45.00 |
| Account No. | | | | Business Debt | | | | |
| Fresno Wire Rope Inc. 2360 S. East Ave Fresno Fresno, CA 93721-3424 | | | | | | | | 764.70 |
| Account No. | | | | Business Debt | | | | |
| Gary V. Burrows Inc. PO Box 546 Lemoore, Ca 93245 | | | | | | | | 291.50 |
| Account No. | | | | Business Debt | | | | |
| GE Capital c/o Glass & Goldberg 21700 Oxnard Street, Suite 430 Woodland Hills, CA 91367-3665 | | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| GE Captial PO Box 802585 Chicago, IL 60680-2585 | | | | | X | X | X | 955,410.00 |

Sheet no. __18__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

956,511.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                    Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gearmore Inc. <br> 13477 Benson Ave. <br> Chino, CA 91710 | | | Business Debt | | | | 5,440.05 |
| Account No. <br><br> General Petroleum <br> PO Box 31001-1235 <br> Pasadena, CA 91110-1235 | | | Business Debt | | | | 71,000.00 |
| Account No. <br><br> General Wire Spring Company <br> 1101 Thompson Ave. <br> McKees Rocks, PA 15136 | | | Business Debt | | | | 22.35 |
| Account No. <br><br> Genie Industries, Inc. <br> 18340 N.E. 76th Street <br> Redmond, WA 98073 | | | Business Debt - Collecting for Peoples Capital | | | | 0.00 |
| Account No. <br><br> Georgia Southern Transportation <br> PO Box 4149 <br> 1 River Court Southwest <br> Cartersville, GA 30120 | | - | Business Debt | | | | 1,800.00 |

Sheet no. __19__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 78,262.40 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                    Case No. _____
                                                     ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Business Debt** | | | | |
| **Giotto's** 144 South Canby St 688-7618 Tulare, CA 93274 | | | | | | | | 614.00 |
| Account No. | | | | **Business Debt** | | | | |
| **Golden State Builders Exchange** 8789 Auburn Folsom Rd #C-327 Granite Bay, CA 95746 | | | | | | | | 50.00 |
| Account No. | | | | **Business Debt** | | | | |
| **Grainger** Dept 867930489 Palatine, IL 60038-0001 | | | | | | | | 397.92 |
| Account No. | | | | **Business Debt** | | | | |
| **Greater Bay Bank, N.A.** 100 Tri-State International #140 Lincolnshire, IL 60069 | | | | | | | | **Unknown** |
| Account No. | | | | **Business Debt** | | | | |
| **Green Box Rentals, Inc.** 6988 Avenue 304 Visalia,, CA 93291 | | | | | X | X | X | 289.47 |

| | | |
|---|---|---|
| Sheet no. __20__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,351.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                              Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| H&E Equipment Services PO Box 849850 Dallas, TX 75284-9850 | | | | | | | 11,654.76 |
| Account No. | | | For Notice Purposes | | | | |
| Hagop T. Bedoyan Klien, DeNatale, et al. 5260 North Palm Ave., Ste. 201 Fresno, CA 93704 | | - | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Hall Distributing Co. 107 Lake Street Bakersfield, CA 93305 | | | | | | | 19.60 |
| Account No. | | | Business Debt | | | | |
| Hanford Auto & Truck Parts 380 West 8th St. Hanford, CA 93230 | | | | | | | 3,659.34 |
| Account No. | | | Business Debt | | | | |
| HCA Equipment Finance LLC. 21925 Network Place Chicago,, IL 60673-1219 | | | | | | | 57,000.00 |

Sheet no. __21__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                72,333.70

B6F (Official Form 6F) (12/07) - Cont.

In re     **Charles D. Emanuel**                                                Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Hitachi Capital  #00569 800 Connecticut Ave Norwalk,, CT 06854 | | | | | | | | 3,275.90 |
| Account No. | | | | Business Debt | | | | |
| Holt Lumber Inc. PO Box 1008 Fresno Fresno, CA 93714-3291 | | | | | | | | 127.77 |
| Account No. | | | | | | | | |
| Home Depot/Citibank PO Box 6497 Sioux Falls, SD 57117 | | - | | | | | | 4,500.00 |
| Account No. | | | | Business Debt | | | | |
| Hot Tank Supply, Inc 10328 East Sierra Ave Clovis, CA 93619-9311 | | | | | | | | 477.87 |
| Account No. | | | | Business Debt | | | | |
| Hydraulic Controls, Inc. PO Box 8157 Emeryville, CA 94662 | | | | | | | | 111.82 |

Sheet no. __22__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           8,493.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles D. Emanuel**                                              ,                Case No._____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Independent Sales P.O. Box 756 Hanford, CA 63232 | | | | | | | 72.16 |
| Account No. | | | Party to Lease/Co-Debtor | | | | |
| Iron Industries, Inc. PO Box 1324 Hanford, CA 93232 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Irwin Commercial Finance PO Box 6214 Indianapolis, IN 46206-6214 | | | | | | | 10,124.85 |
| Account No. | | | Attorneys for Kraus-Anderson Capital | | | | |
| James E. Schmeckpeper, Esq. Thomas J. Wratkowski, Esq. 523 S. Eighth Street Minneapolis, MN 55404-1078 | - | | | | | | 0.00 |
| Account No. | | | For Notice Purposes | | | | |
| Jerry H. Mann, Esq. Perkins, Mann & Everett 2222 W. Shaw Ave., Ste. 202 Fresno, CA 93711 | - | | | | | | 0.00 |

Sheet no. __23__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                10,197.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles D. Emanuel**                                                                         , Case No. _____

                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| JLG, Inc. 13224 Fountainhead Plaza Hagerstown, MD 21742 | | | | | | | Unknown |
| Account No. | | | Business Debt | | | | |
| John Deere Credit PO Box 4450 Carol Stream, IL 60197-4450 | | | | | | | 87,643.00 |
| Account No. | | | Attorneys for PNC Equipment Finance | | | | |
| John P. Mertens, Esq. Levy, Small & Lallas 815 Moraga Drive Los Angeles, CA 90049-1633 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Johnston Manufacturing Co. 19406 E. Parlier Ave Reedley, CA 93654 | | | | | | | 398.48 |
| Account No. | | | | | | | |
| Kaiser Permanente 7300 N. Fresno Street Fresno, CA 93720 | - | | | | | | 400.00 |

Sheet no. __24__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           88,441.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                    Case No. _____

                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes | | | | |
| Kathy Klein, CPA<br>Kathy Klein & Company<br>6061 North Fresno Street, Ste. 106<br>Fresno, CA 93710-5265 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Keller Motors<br>700 W Cadillac Ln<br>Hanford, CA 93230 | | | | | | | 262.00 |
| Account No. | | | Attorneys for Financial Pacific Leasing | | | | |
| Kelly Sweeney, Esq.<br>Spiwak & Iezza, LLP<br>555 Marin Street, Ste. 140<br>Thousand Oaks, CA 91360 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Kennametal Inc.<br>Dept LA21164<br>Pasadena, CA 91185 | | | | | | | 211.04 |
| Account No. 591112651 | | | Business Debt | | | | |
| Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 | | | | | | | 130,722.15 |

Sheet no. __25__ of __45__ sheets attached to Schedule of
Creditors Holding Nonpriority Claims

Subtotal
(Total of this page)

131,195.19

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt - Collecting for Key Equipment Finance | | | | |
| Key Equipment Finance 3075 Highland Pkwy., 7th Fl. Downers Grove, IL 60515 | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Kings County Glass 419 E 7th St Hanford, CA 93230 | | | | | | | | 50.00 |
| Account No. | | | | Business Debt - Collecting for GE Capital | | | | |
| Komatsu Financial 1333 Butterfield Road #600 Downers Grove, IL 60515 | | | | | | | | 0.00 |
| Account No. 914001 | | | | Business Debt | | | | |
| Kraus-Anderson Capital 523 So. 8th St. Minneapolis, MN 55404 | | | | | | | | 204,095.87 |
| Account No. | | | | Business Debt | | | | |
| Kroonenberg Crane Service Inc 1015 N. Bollinger Ct. Visalia, CA 93291 | | | | | | | | 1,404.75 |

Sheet no. __26__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     205,550.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                              Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kuckenbecker Tractor** <br> **3040 s. Parkway Dr.** <br> **FRESNO, CA 93725** | | | | **Business Debt** | | | | 518.97 |
| Account No. <br><br> **Kurz Truck Service** <br> **PO Box 599** <br> **Strathmore, Ca 93267** | | | | **Business Debt** | | | | 15,992.75 |
| Account No. <br><br> **Lawrence Tractor Co.** <br> **P.O. Box 946** <br> **HANFORD, CA 93232-0946** | | | | **Business Debt** | | | | 799.89 |
| Account No. **Unknown** <br><br> **Leaf Funding Inc.** <br> **PO Box 644006** <br> **Cincinnati, OH 45264-4006** | | | | **Business Debt** | | | | 102,510.02 |
| Account No. <br><br> **Leo Plotkin & John Mertens** <br> **Levy, Small & Lallas** <br> **815 Moraga Dr.** <br> **Los Angeles, CA 90049** | - | | | **Attorneys for PNC** | | | | 0.00 |

Sheet no. __27__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 119,821.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                              Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Leslie Electric, Inc.** <br> **2485 S. Cherry** <br> **FRESNO, CA 93707** | | | **Business Debt** | | | | 795.18 |
| Account No. <br><br> **M&E Rentals** <br> **415 E 5th Street** <br> **Hanford, CA 93230** | - | | **For Notice Purposes** | | | | 0.00 |
| Account No. **45002-001** <br><br> **M&T Bank formerly Court Square** <br> **PO Box 62176** <br> **Baltimore, MD 21264** | | | **Business Debt** | | | | 44,444.57 |
| Account No. <br><br> **M.P.S. Distribution** <br> **1315 Vinci Ave #B** <br> **SACRAMENTO, CA 95838** | | | **Business Debt** | | | | 2,850.00 |
| Account No. <br><br> **M.P.S. Re-Rent** <br> **1315 Vinci Ave., Ste. B** <br> **Sacramento, CA 95838** | - | | **Business Debt** | | | | 1,000.00 |

Sheet no. __28__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          49,089.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles D. Emanuel**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** | | | | |
| **Mackissic Inc.**<br>**PO Box 111**<br>**Parker Ford, PA 19457** | | | | | | | **10,161.00** |
| Account No. | | | **Business Debt** | | | | |
| **Madera County EHD**<br>**2037 W. Cleveland Ave., Mailstop E**<br>**Madera, CA 93637** | | - | | | | | **318.00** |
| Account No. | | | **Party to Lawsuit** | | | | |
| **Manufacturers and Traders Trust Co.**<br>**1100 Wehrle Dr.**<br>**Ground Floor**<br>**Williamsville, NY 14221** | | - | | | | | **0.00** |
| Account No. | | | **Attorneys for Caterpillar** | | | | |
| **Mark D. Poniatowski**<br>**Law Offices of Mark D. Poniatowski**<br>**20980 Redwood Road, Ste. 200**<br>**Castro Valley, CA 94546** | | - | | | | | **0.00** |
| Account No. | | | **Business Debt** | | | | |
| **Matson Alarm Co., Inc.**<br>**8401 N. Fresno St.**<br>**FRESNO, CA 93720** | | | | | | | **285.00** |

Sheet no. __29__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,764.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                    Case No. _____
                                                        ,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Maxim Manufacturing Corporation** PO Box 110 Sebastopol, MS 39359 | | | | | | | 4,689.30 |
| Account No. | | | Business Debt | | | | |
| **Medco Tool** PO Box 64888 Case #D1267096 St. Paul, MN 55164 | | | | | | | 1,305.24 |
| Account No. | | | Attorneys for California Ironworkders Field Pension Trust, et al. | | | | |
| **Melissa W. Cook, Esq.** Melissa W. Cook & Associates 3444 Camino del Rio North, Ste. 106 San Diego, CA 92108 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **Mid Valley Distributors, Inc.** 3886 E. Jensen Fresno, CA 93725 | | | | | | | 8.66 |
| Account No. | | | Business Debt | | | | |
| **Mission Uniform Service** 520 E. Mineral King Avenue VISALIA, CA 93292-6921 | | | | | | | 4,893.10 |

Sheet no. __30__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                10,896.30
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles D. Emanuel**                                                                              Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Business Debt | | | | |
| MMD Equipment, LLC<br>3 Hawk Court<br>Swedesboro, NJ 08085 | | | | | | | | 30.16 |
| **Account No.** | | | | Business Debt | | | | |
| Mobile Modular Management Corp<br>PO Box 45043<br>San Franciso, CA 94145-5043 | | | | | | | | 71.18 |
| **Account No.** | | | | Business Debt | | | | |
| Mohammad Karamzdah<br>1011 East Edgemont Dr<br>Fresno, CA 93720 | | - | | | | | | 33,556.00 |
| **Account No.** | | | | Business Debt | | | | |
| Morgan & Slates Inc<br>12918 Hanford Armona Road<br>Hanford, Ca 93230 | | | | | | | | 2,000.00 |
| **Account No.** | | | | Business Debt | | | | |
| Morris Levin & Sons<br>1816 S. "K" Street<br>Tulare, CA 93274 | | | | | | | | 870,795.40 |

Sheet no. __31__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             906,452.74

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles D. Emanuel** _____,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Multiquip Inc.**<br>**23688 Network Place**<br>**Chicago, IL 60673-1633** | | | Business Debt | | | | 2,750.54 |
| Account No. **103714000**<br><br>**National City Commercial Capital Co. Ltd**<br>**995 Dalton Ave**<br>**Cincinnati, OH 45203** | | | Business Debt | | | | 289,679.72 |
| Account No.<br><br>**Navtrak, Inc**<br>**Inc PO Box 1915**<br>**Salisbury, MD 21802** | | | Business Debt | | | | 111.93 |
| Account No.<br><br>**Netbank Business Finance**<br>**PO Box 527**<br>**Columbia, SC 29202** | | | Business Debt | | | | Unknown |
| Account No.<br><br>**Nick I. Iezza, Esq.**<br>**Spiwak & Iezza, LLP**<br>**555 Marin St., Ste. 140**<br>**Thousand Oaks, CA 91360** | - | | Attorneys for Financial Pacific Leasing | | | | 0.00 |

Sheet no. __32__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

292,542.19

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nixon-Egli Equipment Co. <br> P.O. Box 511262 <br> Los Angeles, CA 90051-7817 | | | Business Debt | | | | 1,331.07 |
| Account No. <br><br> North Kern Machinery <br> PO Box 1240 <br> Delano, CA 93216 | | | Business Debt | | | | 1,106.68 |
| Account No. <br><br> OnTrac <br> Dept 1664 <br> Los Angeles, CA 90084-1664 | | | Business Debt | | | | 15.00 |
| Account No. <br><br> Pape Trucks, Inc. <br> PO Box 5077 <br> PORTLAND, OR 97208-5077 | | | Business Debt | | | | 14,950.47 |
| Account No. <br><br> Paul D. Tomaso <br> PO Box 1445 <br> Oakhurst, CA 93644 | | - | For Notice Purposes | | | | 0.00 |

Sheet no. __33__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **17,403.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Charles D. Emanuel_____,      Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| PNC Equipment Finance, LLC PNCEF, LLC 955 Dalton Ave. Cincinnati, OH 45203 | - | | | | | | | 257,069.12 |
| Account No. | | | | Business Debt | | | | |
| Power Plus 1005 N. Edward Ct Anaheim, CA 92806 | | | | | | | | 645.00 |
| Account No. | | | | Business Debt | | | | |
| Power Transmission & Supply 2625 E Jensen FRESNO, CA 93706-5064 | | | | | | | | 19.22 |
| Account No. | | | | Business Debt | | | | |
| Powerstride Battery 2424 "F" Street Bakersfield, Ca 93301 | | | | | | | | 1,432.33 |
| Account No. | | | | Business Debt | | | | |
| Praxair Dept LA 21511 Pasadena, Ca 91185-1511 Pasadena,, CA 91185-1511 | | | | | | | | 646.52 |

Sheet no. __34__ of __45__ sheets attached to Schedule of
Creditors Holding Nonpriority Claims

Subtotal
(Total of this page)          | 259,812.19 |

B6F (Official Form 6F) (12/07) - Cont.

In re    __Charles D. Emanuel_____,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt** | | | | |
| Quality Machinery 961 East Third St. HANFORD, CA 93232 | | | | | | | 85.93 |
| Account No. | | | **Business Debt** | | | | |
| Quinn Rental Services Department 9657 Los Angeles, CA. 90084-9 Los Angeles, CA 90084-9657 | | | | | | | 3,332.70 |
| Account No. | | | **Business Debt** | | | | |
| Ranchos Auto & Transmission Repair 12090 Road 37 1/2 Madera, CA 93636 | | | | | | | 883.77 |
| Account No. | | | **Business Debt** | | | | |
| Rayco Manufacturing 4255 Lincoln Way East Wooster, OH 44691-8601 | | | | | | | 451.10 |
| Account No. | | | **Business Debt** | | | | |
| Redneck Trailer Supplies 2100 N. West Bypass Springfield, MO 65803 | | | | | | | 552.15 |

Sheet no. __35__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,305.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                        Case No. _____

                                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Attorneys for Wells Fargo Equipment Finance | | | | |
| Richard A. Solomon, Esq.<br>Solomon, Grindle, Silverman, et al.<br>12651 High Bluff Drive, Ste. 300<br>San Diego, CA 92130 | | - | | | | | | | 0.00 |
| **Account No.** | | | | | For Notice Purposes | | | | |
| Robert R. Moffitt<br>2918 Pine Castle Dr.<br>Hanford, CA 93230-2378 | | - | | | | | | | 0.00 |
| **Account No.** | | | | | For Notice Purposes | | | | |
| Ronald Silveira<br>1685 Eastbrook Ave.<br>Tulare, CA 93274 | | - | | | | | | | 0.00 |
| **Account No.** | | | | | Business Debt | | | | |
| Ruben Chavez<br>8656 Juliana<br>Parlier, CA 93648 | | - | | | | | | | 0.00 |
| **Account No.** | | | | | Attorneys for Connie Davis | | | | |
| Russell D. Cook<br>Law Office of Russell D. Cook<br>1233 West Shaw Ave., Ste. 100<br>Fresno, CA 93711 | | - | | | | | | | 0.00 |

Sheet no. **36** of **45** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                          Case No. _____

_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Sacramento Leasing Inc.** **P.O. Box 41376** **Sacramento,, CA 95841-0376** | | | | | | | **67,829.84** |
| Account No. | | | Business Debt - Worker's Compensation Death Benefit Claim | | | | |
| **Sally Chan** **318 West Ever** **Fresno, CA 93704** | | - | | | | | **Unknown** |
| Account No. | | | Business Debt | | | | |
| **San Joaquin Filter Recycling** **1992 W. Belmont Ave.** **FRESNO, CA 93728-2626** | | | | | | | **115.00** |
| Account No. | | | For Notice Purposes | | | | |
| **San Joaquin Valley Air Pollution** **1990 East Gettysburg Ave.** **Fresno, CA 93726** | | - | | | | | **0.00** |
| Account No. | | | For Notice Purposes | | | | |
| **Scott G. McCoy** **36843 Ave. 17 1/2** **Madera, CA 93636** | | - | | | | | **0.00** |

Sheet no. __37__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **67,944.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Charles D. Emanuel_____,        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Seibert's Battery Co. 2545 E. Jensen FRESNO, CA 93706 | | | | | | | | 6,812.17 |
| Account No. | | | | Business Debt | | | | |
| Sign Works 105 E. 5th Street Hanford, CA 93230 | | | | | | | | 257.66 |
| Account No. | | | | Business Debt | | | | |
| Steam Cleaners Inc. 2655 S East Avenue Fresno, CA 93706-5409 | | | | | | | | 2,185.95 |
| Account No. | | | | Business Debt | | | | |
| Stearns Bank 500 13th St. P.O. Box 750 Albany, MN 56307 | | | | | | | | 78,999.80 |
| Account No. | | | | Business Debt | | | | |
| Strathmore Machinery PO Box 11 Strathmore, CA 93267 | | | | | | | | 973.33 |

Sheet no. __38__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 89,228.91 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                          Case No. _____
                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Swanson's Hydraulic Machine Shop P.O. Box 394 Tulare, CA 93275 | | | | | | | 29.94 |
| Account No. | | | Business Debt | | | | |
| Takeuchi DEPT. AT 952309 Atlanta, GA 31192-2309 | | | | | | | 17,242.02 |
| Account No. | | | Business Debt | | | | |
| TelePacific Communications PO Box 526035 Sacramento, Ca 95852-6035 | | | | | | | 4,854.00 |
| Account No. | | | Business Debt | | | | |
| TEM Financial 550 W Locust Fresno, CA 93650 | | | | | | X | Unknown |
| Account No. | | | Business Debt | | | | |
| Terminal Air Brake Supply 2475 S. Cherry Ave FRESNO, CA 93706 | | | | | | | 980.20 |

Sheet no. __39__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,106.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Diesel Doctor**<br>**1800 East Burton Ave**<br>**Tulare, CA 93274** | | | | **Business Debt** | | | | 577.75 |
| Account No. <br><br>**The Home Depot**<br>**PO Box 182676**<br>**Columbus, OH 43218-2676** | | - | | **Credit Card** | | | | 4,535.13 |
| Account No. <br><br>**Transworld Systems**<br>**PO Box 14010**<br>**SANTA ROSA, CA 95402-6010** | | | | **Business Debt** | | | | 1,233.52 |
| Account No. **xxxxx4534**<br><br>**Travelers**<br>**11070 White Rock Rd.**<br>**Rancho Cordova, CA 95670** | | - | | **Bonding Company** | | | | 0.00 |
| Account No. <br><br>**Trinity, a Division of Bank of the West**<br>**475 Sansome Street, 19th Floor**<br>**San Francisco, CA 94111** | | | | **Business Debt** | | | | 75,729.22 |

Sheet no. __40__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 82,075.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles D. Emanuel**
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For Notice Purposes | | | | |
| U.S. Department of Labor Occupational Safety & Health Admin. 200 Constitution Avenue Washington, DC 20210 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| US Bancorp 1310 Madrid Street Marshall, MN 56258 | - | | | | | | | 9,253.00 |
| Account No. 500-0136366-000 | | | | Business Debt - Personal Guarantee | | | | |
| US Bank Vendor Services PO BOX 790448 Saint Louis, MO 63179-0448 | | | | | | | | 50,831.52 |
| Account No. | | | | Business Debt | | | | |
| Utility Trailer Sales PO Box 11845 FRESNO, CA 93775-1845 | | | | | | | | 103.53 |
| Account No. | | | | Business Debt | | | | |
| Valley Ford 455 11th Avenue HANFORD, CA 93232-0909 | | | | | | | | 990.00 |

Sheet no. __41__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,178.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                              Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Valley Power Systems Inc. File # 56634 Los Angeles, CA 90074-6634 | | | | | | | 1,580.78 |
| Account No. | | | Business Debt | | | | |
| Valley Tool & Manufacturing, Inc. PO Box 220 Hughson, CA 95326 | | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Visalia Chamber of Commerce 220 N. Santa Fe Street VISALIA, CA 93292 | | | | | | | 520.00 |
| Account No. | | | Collecting for Georgia Southern Transportation | | | | |
| Walker & Weiss 206 Southgate Drive, Ste. 21 Boone, NC 28607 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| WCI - Madera Disposol PO Box 60248 Los Angeles, CA 60089-4508 | | | | | | | 102.29 |

Sheet no. __42__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,203.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                                              Case No. _____
                                         **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Weber Gallagher Simpson, et al,** <br> **Peter E. Meltzer** <br> **Sarah A. Jarosh** <br> **2000 Market St., 13th Floor** <br> **Philadelphia, PA 19103** | - | | **Attorneys for M&T Trust Co.** | | | | 0.00 |
| Account No. <br><br> **Weber Machine (USA) Inc.** <br> **40 Johnson Avenue** <br> **Bangor, ME 04401** | | | **Business Debt** | | | | 82.77 |
| Account No. <br><br> **Wells Fargo Equip Finance** <br> **PO Box 1450** <br> **Minneapolis, MN 55485-8178** | | | **Business Debt** | | | | 757,053.00 |
| Account No. <br><br> **Wells Fargo Financial Capital Finance** <br> **300 Tri-State International, Ste. 400** <br> **Lincolnshire, IL 60069** | - | | **Business Debt - Lease of light towers** | | | | 0.00 |
| Account No. 7706487969 <br><br> **West America Bank** <br> **P.O. Box 0552** <br> **Merced, CA 95341** | | | **Business Debt** | | | | 63,072.55 |

Sheet no. __43__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 820,208.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles D. Emanuel**                                              Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Western Crane Service**<br>**PO Box 485**<br>**Taft, CA 93268** | | | **Business Debt** | | | | 675.00 |
| Account No. <br><br>**Western Power Products**<br>**3000 Gateway Ave**<br>**Bakersfield, Ca 93307** | | | **Business Debt** | | | | 116.04 |
| Account No. **586706-2** <br><br>**Wholesale Equipment of Fresno**<br>**P.O. Box 2637**<br>**Fresno, CA 93745** | | | **Business Debt** | | | | 14,274.55 |
| Account No. <br><br>**Windmill Propane**<br>**PO Box 400**<br>**Goshen, CA 93227** | | | **Business Debt** | | | | 1,031.54 |
| Account No. <br><br>**Wirtgen America Inc.**<br>**PO Box 714**<br>**Antioch, TN 37011** | | | **Business Debt** | | | | 968.70 |

| Sheet no. **44** of **45** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | 17,065.83 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles D. Emanuel**                                         Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| **Yanmar America**<br>**951 Corporate Grove Dr**<br>**Buffalo Grove, IL 60089-4508** | | | | | | | | **3,227.54** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __45__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **3,227.54** |
| Total (Report on Summary of Schedules) | | **8,061,060.59** |

B6G (Official Form 6G) (12/07)

In re __Charles D. Emanuel_____,     Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Iron Industries, Inc.**<br>**PO Box 1324**<br>**Hanford, CA 93232** | **Month to month rental agreement regarding the office/shop located at 10 South Brown Street in Hanford. The agreement calls for $4,000 rent payments to be paid directly to the secured creditors as follows: West America $2,900 and Kings County EDC $1,100.** |

__0__
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Charles D. Emanuel**                                    ,    Case No._____
                                        Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Action Equipment Rentals**<br>**PO Box 1324**<br>**Hanford, CA 93232** | **Variously liable on scheduled debts.** |
| **Iron Industries, Inc.**<br>**PO Box 1324**<br>**Hanford, CA 93232** | **Variously liable on scheduled debts** |
| **Robert R. Moffitt**<br>**2918 Pine Castle Dr.**<br>**Hanford, CA 93230-2378** | **Liable on scheduled business debts** |
| **Ronald Silveira**<br>**1685 Eastbrook Ave.**<br>**Tulare, CA 93274** | **Liable on scheduled business debts** |
| **Scott G. McCoy**<br>**36843 Ave. 17 1/2**<br>**Madera, CA 93636** | **Liable on scheduled business debts** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __Charles D. Emanuel_____     Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Daughter<br>Son<br>Daughter | AGE(S):<br>10<br>3<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction Estimator** | |
| Name of Employer | **Iron Industries, Inc** | **Homemaker** |
| How long employed | **6 years** | |
| Address of Employer | **10 S. Brown St.**<br>**Hanford, CA 93232** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **9,375.00** | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | **9,375.00** | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **1,878.00** | $ | 0.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,878.00** | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **7,497.00** | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **Rent on Commercial Property** | $ | **4,000.00** | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **4,000.00** | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **11,497.00** | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **11,497.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Note-  $4,000 per month is paid by Iron Industries directly to Debtor's secured creditors (WestAmerican and Kings County Economic Development Corporation) to cover the payments on the commercial property.  Expenses associated with the commercial property total over $5,500 per month.**

B6J (Official Form 6J) (12/07)

In re  **Charles D. Emanuel** _____   Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,450.00 |
|    a. Are real estate taxes included?  Yes **X**  No ____ | | |
|    b. Is property insurance included?  Yes **X**  No ____ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 300.00 |
|           b. Water and sewer | | $ 75.00 |
|           c. Telephone | | $ 100.00 |
|           d. Other  **Yard Service and Pest Control** | | $ 135.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 800.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 940.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | | $ 0.00 |
|           b. Life | | $ 0.00 |
|           c. Health | | $ 0.00 |
|           d. Auto | | $ 225.00 |
|           e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)  **Property Taxes - Commercial Building** | | $ 500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | | $ 1,565.00 |
|           b. Other | | $ 0.00 |
|           c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Payments on Commercial Property** | | $ 4,000.00 |
|      Other  **City of Hanford - Building Permits Financing Loan** | | $ 1,000.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **12,140.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | | $ 11,497.00 |
| b.   Average monthly expenses from Line 18 above | | $ 12,140.00 |
| c.   Monthly net income (a. minus b.) | | $ -643.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of California

In re　__Charles D. Emanuel_____　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter　__7_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __61__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __2 - 8 - 2011_____　　　　Signature _____

　　　　　　　　　　　　　　　　　　Charles D. Emanuel
　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:*　Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of California

In re    **Charles D. Emanuel**                                Case No. _____

                                        Debtor(s)                    Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$112,068.00** | **2008 Gross Income** |
| **$105,306.33** | **2009 Gross Income** |
| **$115,499.92** | **2010 Gross Income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

SOURCE
**All Income Reflected in SOFA#1**

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Colonial Pacific Leasing Corp., v. Iron Industries, Inc. dba Action Equipment Rentals; Robert P. Moffitt, individually and dba Action Equipment Rentals; Charles Emanual and dba Action Equipment Rentals; Ronald A. Silveira and dba Action Equipment Rentals; Scott McCoy and dba Action Equipment Rentals Case No. 10C0114** | **Civil Breach of Contract** | **Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| General Electric Capital Corporation, a Delaware corporation v. Iron Industries, Inc. dba Action Equipment Rentals; Robert P. Moffitt, individually and dba Action Equipment Rentals; Charles Emanual and dba Action Equipment Rentals; Ronald A. Silveira and dba Action Equipment Rentals; Scott McCoy and dba Action Equipment Rentals Case No. 10C0115 | Civil breach of contract | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Pending |
| Banc of America Leasing and Capital, LLC v. Iron Industries, Inc. Robert Moffit, Charles Emanuel Case No. 10C0140 | Civil | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Pending |
| California Ironworkers Field Pension Trust; California Ironworkers Field Welfare Plan; California Field Ironworker Vacation Trust Plan; California Field Ironworker Apprenticeship Training and Journeyman Retraining Fund; California and Vicinity Field Ironworkers Annuity Fund; California Field Ironworker Administrative Trust; California Field Ironworker Labor Management Cooperative Trust Fund; and Ironworkers Workers' Compensation Trust Case No. CV10 6480-SVW | Complaint to Collect Delinquent Contributions | United States District Court Central District of California 312 North Spring Street Los Angeles, CA 90012 | Pending |
| Iron Industries, Inc., a California Corporation v. Shollenbarger-Borello, inc. dba Golden State Steel, Oral E. Micham, Inc., Farmington Casualty Company, a Connecticut corporation, Travelers Casualty and Surety Insurance Company of America Case No. 10 C0278 | Civil Complaint for enforcement of Stop Notice Release Bond; Enforcement of Payment Bond, and Breach of Contract | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Pending |
| Iron Industries, Inc., a California corporation v. Shollenbarger-Borello, Inc. dba Golden State Steel, Western Surety Co., a South Dakota corporation Case No. 10 CECL 06741 | Complaint for Breach of Contract | Fresno County Superior Court 2317 Tuolomne Street Fresno, CA 93721 | Pending |
| Iron Industries, Inc. v. Moreland Corporation, Sillect Avenue LLC Case No. S1500-CL-238084 | Breach of Contract | Kern County Superior Court 1415 Truxtun Ave. Bakersfield, CA | Default - November 2009 |
| Iron Industries, Inc. v. Kendra Construction Services, Inc. Case No. RIC519113 | Breach of Contract | Riverside County Superior Court 4050 Main Street Riverside, CA 92501 | Pending |
| Iron Industries, Inc. v. Shelvy Jean Fiddler, Margaret Mary Fiddler, Paul Fiddler Construction, Inc. a California corporation, Travelers Casualty and Surety, and Traveler's Casualty and Surety of America Case No. 07226249 | Breach of Contract | Tulare County Superior Court 221 S. Mooney Blvd., Room 201 Tulare, CA 93291 | Judgment |
| Ruben Chavez Rojas, Mechanical Industrial v. Iron Industries, Inc. Case No. 0444708 | Labor Claim | Kings County Superior Court, Hanford Division | Judgment |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **People's Capital and Leasing Corp., a Connecticut corporation v. Iron Industries, Inc. a California corporation; Action Equipment Rentals, a California General Partnership; Robert P. Moffitt, individually and as a general partner of Action Equipment Rentals; Charles D. Emanuel, individually and as a general partner of Action Equip. Rentals; Ronald A. Silveira, individually and as a general partner of Action Equip. Rentals; Scott G. McCoy, individually and as a general partner** **Case No. 10C0316** | Civil | **Kings County Superior Court** **1400 West Lacey Blvd.** **Hanford, CA 93230** | **Pending** |
| **Bank of the West v. Charles Emanuel, Robert Moffitt, Ron Silveira, Scott McCoy** **Case No. CGC-10-506081** | **Civil** | **San Francisco County Superior Court** **400 McAllister Street** **San Fransisco, CA 94102** | **Pending** |
| **Financial Pacific Leasing, LLC v. Action Equipment Rentals, Robert Moffitt, Charles Emanuel, Scott McCoy, Ron Silveira** **Case No. 10C0364** | **Civil** | **Kings County Superior Court** **1400 West Lacey Blvd.** **Hanford, CA 93230** | **Pending** |
| **PNCEF, LLC (PNC Equipment Financing) v. Scott McCoy, Ron Silveira, Robert Moffitt, and Charles Emanuel** **Case No. 11 C0004** | Civil | **Kings County Superior Court** **1400 West Lacey Blvd.** **Hanford, CA 93230** | **Pending** |
| **Kraus-Anderson Capital, Inc. v. Charles D. Emanuel, robert R. Moffitt, Ron A Silveira and Scott G. McCoy** **\*Case number not yet assigned at Petition Date** | **Civil** | **State of Minnesota, County of Hennepin - District Court, Fourth Judicial District** **300 S. Sixth St.** **Minneapolis, MN 55487** | **Pending** |
| **Manufacturers and Traders Trust Co. v. Charles Emanuel, Robert Moffitt, Ronald Silveira, Scott McCoy** **Case No. 11-00609** | **Civil** | **Supreme Court of Pennsylvania - Court of Common Pleas, Chester County** | **Pending** |

None
☐
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **People's Capital & Leasing Corporation** **255 Bank St 4th Floor** **Waterbury, CT 06702-2213** | | **Business Debt - Right to Attach Order Granted 11/8/10 for $997,186 for each individual defendant.** |

### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **First Pentecostal Church PO Box 128 Hanford, CA 93232** | | **2010** | **$15,110 tithed to Church in 2010.** |

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Walter & Wilhelm Law Group 205 E. River Park Circle, Ste. 410 Fresno, CA 93720** | | **See Disclosure of Compensation, attached.** |

6

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unrelated Third Party** | **March 2010** | **1957 Chevy Pickup traded for Harley Davidson motorcycle - value $10,000.** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WestAmerica Bank** | **Checking Account** | **Closed in June 2010 with $2,000 balance.** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Gema Emanuel**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|-----------------------|

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Iron Industries, Inc.** | **20-1708190** | **PO Box 1324 Hanford, CA 93232** | **Construction** | **September 2004-Present** |
| **Action Equipment Rentals** | **14-1951709** | **PO Box 1324 Hanford, CA 93232** | **Equipment Rentals** | **March 2005 - Present** |
| **Charles D. Emanuel Co.** | **4053** | **220 W. Terrace Dr. Hanford, CA 93230** | **Construction** | **2000-Present** |
| **M&E Rentals** | **04-3796012** | **415 E 5th Street Hanford, CA 93230** | **Equipment Rentals** | **2003-2004** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                           DATES SERVICES RENDERED
**Debtor**

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME             ADDRESS                      DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

9

NAME                                                    ADDRESS
**Debtor**

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **John Deere Credit**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | **2009-2010** |
| **HCA Equipment Finance LLC**<br>**21925 Network Place**<br>**Chicago, IL 60673** | **2009-2010** |
| **Balboa Capital**<br>**PO Box 514870**<br>**Los Angeles, CA 90051** | **2009-2010** |
| **Sacramento Leasing Inc.**<br>**PO Box 41376**<br>**Sacramento, CA 95841** | **2009-2010** |
| **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **2009-2010** |
| **Colonial Pacific Leasing Corporation**<br>**21700 Oxnard St., Ste. 480**<br>**Woodland Hills, CA 91367** | **2009-2010** |
| **Bank of America - Formerly Gehl Finance**<br>**PO Box 371992**<br>**Pittsburgh, PA 15250** | **2009-2010** |

---

**20. Inventories**

| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

| None ■ | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

10

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                           ADDRESS                          DATE OF WITHDRAWAL

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE                            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE                 AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL                    OR DESCRIPTION AND
                                                               VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  2-8-2011                          Signature

                                        **Charles D. Emanuel**
                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B22A (Official Form 22A) (Chapter 7) (04/10)

In re **Charles D. Emanuel**
_____
Debtor(s)

Case Number: _____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ■ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
| --- |

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>           OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                            2

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b.  ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c.  ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

For Line 4:

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary business expenses | $ | $ |
| c. | Business income | Subtract Line b from Line a | |

For Line 5:

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary operating expenses | $ | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

For Line 9:

| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ | Spouse $ |
|---|---|---|

For Line 10:

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| | Total and enter on Line 10 | | |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |
|----|----|----|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|----|----|----|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:      b. Enter debtor's household size: | $ |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | $ |
|----|----|----|----|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | d. | $ | |
| | Total and enter on Line 17 | | $ |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ |
|----|----|----|----|
| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|----|----|----|----|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| | | $ |
|----|----|----|
| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                    4

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                    5

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|----|----|----|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance — $ <br> b. Disability Insurance — $ <br> c. Health Savings Account — $ <br><br> Total and enter on Line 34. <br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $ | $ |
|----|----|----|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/10)    6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|  | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total) $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*  Date: _2-8-2011_   Signature: _[signature]_<br>Charles D. Emanuel<br>*(Debtor)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of California

In re   <u>**Charles D. Emanuel**</u>                              Case No. <u>                    </u>
                                    Debtor(s)          Chapter   <u>   7   </u>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**GE Money Bank** | **Describe Property Securing Debt:**<br>**2005 Challenger Camp Trailer** |

Property will be (check one):
☒ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☒ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**GMAC/ALLY** | **Describe Property Securing Debt:**<br>**2006 GMC Sierra** |

Debtor will retain property and continue to make the regular monthly payments.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**GMAC/ALLY** | **Describe Property Securing Debt:**<br>**2007 Yukon Denali** |

Debtor will retain property and continue to make the regular monthly payments.

| Property No.4 | |
|---|---|
| **Creditor's Name:**<br>**IndyMac Mortgage** | **Describe Property Securing Debt:**<br>**Residence** |

Debtor will retain property and continue to make the regular monthly payments.

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**West America Bank** | **Describe Property Securing Debt:**<br>**10 South Brown Street** |

Debtor will retain property and continue to make the regular monthly payments.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  2-8-2011          Signature _____

Charles D. Emanuel
Debtor

# United States Bankruptcy Court
## Eastern District of California
## Fresno Division

In re:  Emanuel, Charles                                                              Case No.
Chapter 7

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
   [ X ] Debtor     [   ] Other

3. The source of compensation to be paid to me is:
   [ X ] Debtor     [   ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of the petition, schedules and statement of affairs;
   c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
   d. Services per engagement letter.

6. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 11/05/10 | $500.00 | | |
| 11/30/10 | | $491.20 | $8.80 |
| 12/10/10 | $200.00 | $200.00 | |
| 01/19/11 | $586.38 | $570.92 | $15.46 |
| 02/08/11 | $2,800.00 | $2,473.46 | $326.54 |

7. The above fees were related to services rendered as follows:

   Bankruptcy Related                    100%
   Non-Bankruptcy Related               0%

8. The retainer on hand as of Petition Date was:  $0.00

# United States Bankruptcy Court
### Eastern District of California
### Fresno Division

In re:  Emanuel, Charles                                        Case No.
        Chapter 7

## Disclosure of Compensation of Attorney for Debtor

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:     2/8/11                              _____
                                              Riley C. Walter, Attorney for Debtor